LATHAM & WATKINS LLP
  Robert J. Ellison (SBN 274374)
    robert.ellison@lw.com
  10250 Constellation Boulevard, Suite 1100
  Los Angeles, CA 90067
  T: +1.424.653.5500 | F: +1.424.653.5501

  Andrew D. Prins (*pro hac vice*)
    andrew.prins@lw.com
  Carolyn Homer (SBN 286441)
    carolyn.homer@lw.com
  Charles S. Dameron (*pro hac vice*)
    charles.dameron@lw.com
  Soren J. Schmidt (*pro hac vice*)
    soren.schmidt@lw.com
  555 Eleventh Street NW, Suite 1000
  Washington, DC 20004
  T: +1.202.637.2200 | F: +1.202.637.2201

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| SAN FRANCISCO SOCIETY FOR THE PREVENTION OF CRUELTY TO ANIMALS, DR. JENNIFER SCARLETT, DR. JEANNINE BERGER, KATHLEEN DILLON, JACK DRISCOLL, SHERRI FRANKLIN, DR. DAVID GORDON, DR. KATE KUZMINSKI, DR. CHRISTOPHER RODI, and DR. BRIAN VAN HORN,<br><br>Plaintiffs,<br><br>v.<br><br>JESSICA SIEFERMAN, in her official capacity as executive officer of the California Veterinary Medical Board,<br><br>Defendant. | CASE NO. 2:21-cv-00786-TLN-KJN<br><br>**ORDER GRANTING STIPULATION SETTING BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS**<br><br>Complaint Filed:  May 3, 2021<br>Trial Date:  None Set |

Upon stipulation of the parties, and for good cause shown, it is hereby ORDERED that:

1. Plaintiffs' Opposition to Defendant's Motion to Dismiss the Complaint is due on or before June 24, 2021;
2. Defendant's Reply in support of the Motion to Dismiss is due on or before July 12, 2021.

**IT IS SO ORDERED**

DATED: June 4, 2021

_____
Troy L. Nunley
United States District Judge